THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GEORGE FOX, Defendant-Appellant.

(No. 54580; )

First District—May 10, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (Shelvin Singer and James J. Doherty, Assistant Public Defenders, and Ronald D. Menaker Senior Law Student, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Nicholas De John, Assistant State's Attorneys, of counsel,) for the People.